**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

KENNY MARICELA GRANADENO, *
*
Plaintiff, *
v. * Civil Action No. MJM-24-2785
*
SECRETARY ALEJANDRO N. *
MAYORKAS, et al., *
*
Defendants. *

********

**ORDER**

Upon consideration of the Defendants' Motion to Transfer and for Extension of Time, and finding good cause therefore, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that this matter be transferred to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. § 1404(a); and it is further

**ORDERED** that the Defendants shall respond to the complaint within 60 days of this case being placed on the electronic docket in the United States District Court for the Western District of Missouri.

Dated: 3/6/25

/S/

Matthew J. Maddox
United States District Judge